IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00269-CMA-GPG

BERNARDO MEDINA,

    Plaintiff,

v.

THE GEO GROUP, INC.
,

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Affirming and Adopting August 23, 2017 Recommendation of United States Magistrate Judge (Doc. No. 30) of Judge Christine M. Arguello entered on October 5, 2017 it is

    ORDERED that Plaintiff's Objection (Doc. 26) is OVERRULED.   It is

    FURTHER ORDERED that the Recommendation of United States Magistrate Judge Gordon P. Gallagher (Doc. No. 25) is AFFIRMED and ADOPTED as an order of this Court.   Pursuant to the Recommendation, it is

    FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. No.14) is GRANTED.   It is

    FURTHER ORDERED that judgment is entered in favor Defendant, The Geo Group, Inc. and against Plaintiff, Bernardo Medina.   It is

FURTHER ORDERED that as the prevailing party, the Defendant, The Geo Group, Inc. is AWARDED its reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1), and D.C.COLO.LCivR. 54.1.

Dated: October 5, 2017.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ S. West

S. West
Deputy Clerk